IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FREDDIE GEORGE DAVIS, 624768, § | | |
|     Petitioner, § | | |
| § | | |
| v. § | 3:09-CV-632-K | |
| § | ECF | |
| NATHANIEL QUARTERMAN, § | | |
| DIRECTOR, TEXAS DEPT. OF § | | |
| CRIMINAL JUSTICE, CORRECTIONAL § | | |
| INSTITUTIONS DIVISION § | | |

ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 12th day of May, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE